# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Raymundo Hurtado-Patlan,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 3:22-cr-00357-JO<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☐　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☐　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii) - Bringing In Illegal Aliens Without Presentation (Felony)

Dated: 5/9/22

**Hon. Barbara L. Major**
United States Magistrate Judge